*I Believe The clerks OFFice is sending This to The wrong court.* 01/13/2021

United states district courts southern district courts of Indiana division

*all documents ATE FAlSE AHached. not supported Rubber stamped*

case no.49G01-1905-f5-019618

Section 1983 bivens act 42 usc.

Civil tort acts

plaintiff

Robert allen

Vs.

Defendant

Judge barber amy

Terry raymon curry

Ryan myers

Cathy mccullin

John jay boyce

Vinginia caudill

Det.kimberly travitz

Officer cathyfaulk badge/f9258

Officer Nathan parton badge/9108

FILED

**01/21/2021**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**1:21-cv-191-JMS-MJD**

On 04/16/2019 I was involed in a self defence shooting.i was not arrested since then I have been wrongfully arrested on 05/29/2019 by Nathan parton. On a false arrest warrant.supported by prosecutor terry curry.also been retaliated by officer faulk. For filing complaint against her.nov.13/2019

Nathan arrest is not supported. By police records.neither was probable cause supported.the judge barber amy.had a initial hearing on 06/03 2019 with myers and deputy prosecutor cathy mccullin

Whuc they have denied.now I Robert have received an utterd false document. Stating.i was at a probable cause hearing I never attended.with counsel I never had.with my signature being fordge on it

John jay boyce pops up as an attorney.verginia caudill pops up as an attorney.det Kimberly visit me at the hosipital 04/19/2019 took a statement the never used.she kept my money.i had to file complaint against faulk and Kimberly.10/02 2019 I have an arrest warrant that's been rubber stamp.probable cause that's been rubber stamp fordge hearing fordge signature a seatbelt ticket.with terry curry name

As if Nathan issued an sommons instead of locking me up.nathan was eager to let my sister come get my automobile to keep frome towing it.theirs a strong case of fraud on the courts.i have had three attorney

*1 OF 2*

01/13/2021

When they see what and how the courts have violated my rights. They depart.and give me back some of my money.so hopefully.i send this where it should go.also I file an fraud complaint with the police dept.ip20121150785 thanks.

2 oF 2